IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTHA GONZALEZ ENRIQUEZ,            ) | |
|                ) | |
|  Plaintiff,          ) | |
|                ) | |
| v.                  ) | Civil No. 3:11-0549 |
|                ) | Judge Trauger |
| LOS ARCOS SEAFOOD & GRILL, INC., *et al.*,      ) | |
|                ) | |
|  Defendants.        ) | |

## **O R D E R**

It is hereby **ORDERED** that the discovery deadline in this case is **EXTENDED** to July 9, 2012, and the dispositive motions deadline is **EXTENDED** to August 17, 2012. All other terms of the Initial Case Management Order (Docket No. 8) shall remain in place.

It is so **ORDERED**.

ENTER this 27th day of April 2012.

_____
ALETA A. TRAUGER
U.S. District Judge