# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARTHA GONZALEZ ENRIQUEZ, ) ) Plaintiff, ) ) v. ) ) LOS ARCOS SEAFOOD & GRILL, INC., *et al.*, ) ) Defendants. ) | Civil No. 3:11-0549 Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the discovery deadline in this case is **EXTENDED** to July 9, 2012, and the dispositive motions deadline is **EXTENDED** to August 17, 2012. All other terms of the Initial Case Management Order (Docket No. 8) shall remain in place.

It is so **ORDERED**.

ENTER this 27th day of April 2012.

_____
ALETA A. TRAUGER
U.S. District Judge